# In the United States Court of Federal Claims

No. 26-924

Filed: August 25, 2026

| | |
|---|---|
| PACIFIC INTERNATIONAL CENTER FOR HIGH TECHNOLOGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) |

**ORDER**

On August 24, 2026, defendant moved for a 30-day enlargement of time to file its response to plaintiff's complaint. *See* Mot. for Enlargement of Time, ECF No. 7. Defendant represented that the United States Environmental Protection Agency "requires additional time to gather and review information necessary for the preparation of the litigation report; prepare and deliver the requested litigation report . . . obtain any additional information or clarification from the agency, and prepare and file the Government's response to the complaint, following supervisory review." *Id.* at 1. Plaintiff does not oppose defendant's motion. *See id.*

For good cause shown, the Court **GRANTS** defendant's motion, ECF No. 7. Defendant shall file its response to plaintiff's complaint on or before **September 24, 2026**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge